# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO: S. H., A MINOR.

No. 70699

PETER J. H.,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

FILED

JAN 0 6 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is a pro se appeal. Fifth Judicial District Court, Nye County; David R. Gamble, Judge.

The notice of appeal was docketed in this court on June 30, 2016. Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, appellant fails to identify any appealable order. The notice of appeal refers to "Judge David Gamble's Order Terminating Parental Rights," but the case appeal statement prepared by the court clerk states that "A ruling has not yet been reached in the case concerning the termination of Parental Rights of the Appellant in regards to the minor child." Accordingly, we conclude that the notice of appeal was prematurely filed, before the entry of a final written judgment, and is therefore of no effect.[1] See NRAP 4(a)(1); Rust v.

---

[1]It appears that the district court did enter an order terminating appellant's parental rights on November 3, 2016. Appellant filed a timely notice of appeal from the order, which is docketed in this court as Docket No. 71898.

17-00571

*Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). We lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____ , J.
Douglas

_____ J.
Gibbons

_____ , J.
Pickering

cc:  Chief Judge, The Fifth Judicial District Court
Hon. David R. Gamble, Senior Judge
Peter J. H.
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk